**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ERNESTINA THERESA DAVIS,

                Plaintiff,                     19 **CIVIL** 2974 (JCM)

      -against-                           **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated May 1, 2020, Plaintiff's motion is granted, the Commissioner's cross-motion is denied, and this case is remanded for further proceedings consistent with this court's Opinion; accordingly, the case is closed.

**Dated:**  New York, New York
          May 4, 2020

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                 **Clerk of Court**
                                             **BY:**
                                                                  _____
                                                                  **Deputy Clerk**